IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

RIDEL ALEGRE FERNANDEZ ROSADO    CASE NO. 07-05871 ESL
                                 CHAPTER 7

          Debtor(s)              ADVERSARY NO. 08-00016 ESL

OSIRIS DELGADO
EMMA TERESA BENITEZ
PABLO LOPEZ BAEZ

          Plaintiff

RIDEL ALEGRE FERNANDEZ ROSADO    FILED & ENTERED ON 04/06/2009
WILFREDO  SEGARRA MIRANDA
DBA CHAPTER 7 TRUSTEE

          Defendant(s)

## JUDGMENT

Upon the Opinion and Order entered by the Honorable Enrique S. Lamoutte on April 3, 2009 (docket entry #59), it is now

ADJUDGED and DECREED that judgment be and is now entered dismissing the instant adversary proceeding.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 06 day of April, 2009.

                              Enrique S. Lamoutte Inclan
                              U.S. Bankruptcy Judge

CC:  DEBTOR(S)
     WILFREDO A GEIGEL
     LYSSETTE A MORALES VIDAL
     RAMON F LOPEZ RIVERA
     WILFREDO SEGARRA MIRANDA