# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| RIDEL ALEGRE FERNANDEZ ROSADO | CASE NO. 07-05871 ESL |
| | CHAPTER 7 |
| Debtor(s) | ADVERSARY NO. 08-00016 ESL |
| OSIRIS DELGADO | |
| EMMA TERESA BENITEZ | |
| PABLO LOPEZ BAEZ | |
| Plaintiff | |
| RIDEL ALEGRE FERNANDEZ ROSADO | FILED & ENTERED ON 04/22/2009 |
| WILFREDO SEGARRA MIRANDA | |
| DBA CHAPTER 7 TRUSTEE | |
| Defendant(s) | |

## ORDER

The motion filed by Plaintiffs requesting that the discharge be denied until the proceedings are terminated (docket entry #66) is hereby granted. The discharge order will not be entered until after the pending orders are decided and the judgment dismissing the complaint objecting to the dischargeability of a debt becomes final.

SO ORDERED.

San Juan, Puerto Rico, this 22 day of April, 2009.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR(S)
WILFREDO A GEIGEL
LYSSETTE A MORALES VIDAL
RAMON F LOPEZ RIVERA
WILFREDO SEGARRA MIRANDA